# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Reginald Boyland<br><br>Plaintiff(s)<br><br>v.<br><br>Ten Thousand Projects, LLC<br><br>Defendant(s) | CASE NUMBER<br><br>2:21-CV-07321-CBM (PVCx)<br><br>(~~PROPOSED~~) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY  (61) |

☒ The Court hereby orders that the request of:

Reginald Boyland  ☒ Plaintiff  ☐ Defendant  ☐ Other
*Name of Party*

☒ to substitute  Reginald Boyland  who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☒ Pro Se

4814 Norman Berry St., #121
Atlanta GA 30344          *Street Address*   boyland357@gmail.com
*City, State, Zip*                              *E-Mail Address*

678-698-0110
*Telephone Number*      *Fax Number*          *State Bar Number*

as attorney of record instead of  Lawrence Zerner
List **all** attorneys from same firm or agency who are withdrawing.

**is hereby** ☐ GRANTED  ☐ DENIED

☐ The Court hereby orders that the request of [                    ]
List **all** attorneys from same firm or agency who are withdrawing.

[                    ]

to withdraw as attorney of record for [                    ]
**is hereby** ☒ GRANTED  ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated  7/19/24                                  _[signature]_
                                                U. S. District Judge/U.S. Magistrate Judge

G-01 ORDER (02/24)       (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY