# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Reginald Boyland | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:21-CV-07321-CBM (PVCx) |
| v. | |
| Ten Thousand Projects, LLC | (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | 63 |

☒ The Court hereby orders that the request of:

Reginald Boyland
*Name of Party*
☒ Plaintiff ☐ Defendant ☐ Other

☒ to substitute Reginald Boyland who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☒ Pro Se

4814 Norman Berry St., #121
*Street Address*

Atlanta GA 30344
*City, State, Zip*

boyland357@gmail.com
*E-Mail Address*

678-698-0110
*Telephone Number*      *Fax Number*      *State Bar Number*

as attorney of record instead of Musa Dan-Fodio
*List all attorneys from same firm or agency who are withdrawing.*

is hereby ☐ GRANTED ☐ DENIED

☐ The Court hereby orders that the request of
*List all attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for
is hereby ☒ GRANTED ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated JULY 24, 2024

U. S. District Judge/U.S. Magistrate Judge