UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:21-cv-07321-CBM-PVC | Date | January 13, 2025 |
|---|---|---|---|
| Title | Reginald Boyland v. Tenthousand Projects, LLC et al | | |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**   **IN CHAMBERS- ORDER TO SHOW CAUSE RE DISMISSAL OF REMAINING DEFENDANTS**

On January 10, 2025, the Court granted Defendants Tenthousand Projects, LLC and UMG Recordings, Inc. (sued as Caroline Records)'s Motion for Summary Judgment and dismissed Plaintiff's claim for copyright infringement, the only claim alleged in this case, against those Defendants. (Dkt. No. 98.) Plaintiff is hereby ordered to show cause, no later than **February 1, 2025**, why the copyright infringement claim should not also be dismissed against the remaining Defendants in this case for the same reasons articulated in the Court's order on the Motion for Summary Judgment.

**IT IS SO ORDERED.**