JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| REGINALD BOYLAND, *etc.*, | ) Case No. 2:21-cv-07321-CBM-PVC |
| Plaintiff, | ) |
| | ) **JUDGMENT** |
| vs. | ) |
| TENTHOUSAND PROJECTS, LLC, *etc., et al.*, | ) |
| Defendants. | ) |

# JUDGMENT

Pursuant to the Court's Order granting Defendants Tenthousand Projects, LLC and UMG Recordings, Inc. (sued as Caroline Records)'s motion for summary judgment (Dkt. No. 98) and the Order granting Defendants Michael Lamar White and 1400 Entertainment, Inc.'s motion to dismiss (Dkt. No. 131), it is hereby **ORDERED, ADJUDGED, AND DECREED** that:

1. Judgment is entered in favor of Defendants against Plaintiff;
2. Defendants to recover their costs.

Dated: June 25, 2025

_____
Hon. Consuelo B. Marshall
United States District Judge